## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ANTHONY ALLEN PERRY,

              **Plaintiff,**

       v.                         CASE NO. 18-3269-SAC

JEFFREY O. RICHARDS, et al.,

              **Defendants.**


## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. On September 29, 2019, the Court directed plaintiff to show cause why this matter should not be dismissed for failure to state a claim for relief. The copy of the order sent to plaintiff was returned as undeliverable. Plaintiff has not submitted a change of address to the clerk of the court, as required by the rules of the court. *See* D. Kan. R. 5.1(c)(3)(imposing a duty to provide updated address or telephone contact information in writing).

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when

dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771-72 (citations omitted).

Because plaintiff has not provided a current address and has not responded to the Court's order to show cause, this matter is dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  This 30th day of October, 2019, at Topeka, Kansas.


S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge